IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:11-CV-26-D

| | | |
|---|---|---|
| SANDY CHRISTINE BASNIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

On May 29, 2012, Magistrate Judge Webb issued a Memorandum and Recommendation ("M&R") [D.E. 47]. In the M&R, Judge Webb recommended that the court deny plaintiff's motion for judgment on the pleadings [D.E. 41], grant defendant's motion for judgment on the pleadings [D.E. 44], and affirm defendant's final decision. Neither party filed objections to the M&R.

"The Federal Magistrates Act requires a district court to make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection is made." Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005) (alteration in original) (emphasis and quotation omitted). Absent a timely objection, "a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Id. (quotation omitted).

The court has reviewed the M&R, the record, and the briefs. The court is satisfied that there is no clear error on the face of the record. Plaintiff's motion for judgment on the pleadings [D.E. 41] is DENIED, defendant's motion for judgment on the pleadings [D.E. 44] is GRANTED,

defendant's final decision is AFFIRMED, and this action is DISMISSED. The clerk shall close the case.

SO ORDERED. This 30 day of July 2012.

JAMES C. DEVER III
Chief United States District Judge