# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA
### NORTHERN DIVISION

| | |
|---|---|
| SANDY CHRISTINE BASNIGHT, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| MICHAEL J. ASTRUE, ) | **CASE NO. 2:11-CV-26-D** |
| *Commissioner of the Social* ) | |
| *Security Administration,* ) | |
|     Defendant. ) | |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that the Plaintiff's Motion for Judgment on the Pleadings [D.E. 41] is DENIED, Defendant's Motion for Judgment on the Pleadings [D.E. 44] is GRANTED, Defendant's final decision is AFFIRMED, and this action is DISMISSED. The Clerk shall close the case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **JULY 30, 2012,** WITH A COPY TO:

Branch W. Vincent III (via CM/ECF Notice of Electronic Filing)
Candace H. Lawrence (via CM/ECF Notice of Electronic Filing)


July 30, 2012                                          JULIE A. RICHARDS, Clerk
Date                                                      Eastern District of North Carolina

                                                                            /s/Debby Sawyer
                                                                            (By) Deputy Clerk

Raleigh, North Carolina